1 | WALTER K. OETZELL (State Bar No. 109769)
    *woetzell@dgdk.com*
2 | UZZI O. RAANAN (State Bar No. 162747)
    *uraanan@dgdk.com*
3 | DANNING, GILL, DIAMOND & KOLLITZ, LLP
    1900 Avenue of the Stars, 11th Floor
4 | Los Angeles, California 90067-4402
    Telephone:   (310) 277-0077
5 | Facsimile:    (310) 277-5735

6 | Attorneys for John J. Menchaca, Trustee for the
    Chapter 7 Estate of TIFKAH, fka the House
7 | Research Institute

8
9
10 | UNITED STATES BANKRUPTCY COURT
11 | CENTRAL DISTRICT OF CALIFORNIA
12 | LOS ANGELES DIVISION

13 | In re

14 | TIFKAH, fka THE HOUSE RESEARCH INSTITUTE

15 | Debtor.
16

17 | JOHN J. MENCHACA, TRUSTEE FOR THE CHAPTER 7 ESTATE OF TIFKAH,
18 | Plaintiff,
19
20 | vs.
    WALLIS ANNENBERG, an individual;
21 | LYNN BOOTH, an individual; JAMES D. BOSWELL, an individual; DERALD E.
22 | BRACKMANN, an individual; TINA CARUSO, an individual; STEPHEN
23 | CHANDLER, an individual; MALCOLM CUTLER, JR., an individual; DAVID Z.
24 | D'ARGENIO, an individual; JOAN G. FLAX, an individual; TOMILEE TILLEY GILL, an
25 | individual; STRAFFORD R. GRADY, an individual; ROBERT G. HAYMAN, an
26 | individual; JOHN W. HOUSE, an individual; DAVID H. KOCH, an individual; WILLIAM
27 | LUXFORD, an individual; CATHERINE MEYER, an individual; PATRICIA
28 | MOLLER, an individual; LAURENCE G.

Case No. 2:14-bk-21532-TD

Chapter 7

Adv. No. 2:16-ap-01201-TD

**NOTICE OF REQUIRED COMPLIANCE WITH FRBP 7026 AND LBR 7026-1**

**Status Conference:**
Date:    July 6, 2016
Time:   10:00 a.m.
Place:   Courtroom 1345
            255 E. Temple Street
            Los Angeles, California 90012

1333612.1  26188                    1

PREBLE, an individual; CARMEN PULIAFITO, an individual; CHARLOTTE SCHAMADAN, an individual; EDWARD P. ROSKI, an individual; FOREST G. SMITH III, an individual; JOHN THOMAS, an individual; JAMES S. TWERDAHL, an individual; WILLIAM B. WITTE, an individual; PETER WU, an individual; AND DOES 1-25,

    Defendants.

**PLEASE TAKE NOTICE THAT**:

  Plaintiff, John J. Menchaca, as the Chapter 7 Trustee for the Bankruptcy Estate of TIFKAH (the "Debtor"), hereby gives notice that compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure as well as Local Bankruptcy Rule ("LBR") 7026-1 is required. A copy of LBR 7026-1 is attached hereto as Exhibit "A."

DATED: May 2, 2016    DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
WALTER K. OETZELL
Attorneys for Plaintiff, John J. Menchaca, as Chapter 7 Trustee

1333612.1  26188

2

**EXHIBIT "A"**

**LBR 7026-1. DISCOVERY**

(a) <u>General</u>. Compliance with FRBP 7026 and this rule is required in all adversary proceedings.

    (1) <u>Notice</u>. The plaintiff must serve with the summons and complaint a notice that compliance with FRBP 7026 and this rule is required.

    (2) <u>Proof of Service</u>. The plaintiff must file a proof of service of this notice together with the proof of service of the summons and complaint.

(b) <u>Discovery Conference and Disclosures</u>.

    (1) <u>Conference of Parties</u>. Unless all defendants default, the parties must conduct the meeting and exchange the information required by FRBP 7026 within the time limits set forth therein.

    (2) <u>Joint Status Report</u>. Within 7 days after such meeting, the parties must prepare a joint status report containing the information set forth in LBR 7016-1(a)(2). The joint status report will serve as the written report of the meeting required by FRBP 7026.

(c) <u>Failure to Make Disclosures or Cooperate in Discovery</u>.

    (1) <u>General</u>. Unless excused from complying with this rule by order of the court for good cause shown, a party must seek to resolve any dispute arising under FRBP 7026-7037 or FRBP 2004 in accordance with this rule.

    (2) <u>Meeting of Counsel</u>. Prior to the filing of any motion relating to discovery, counsel for the parties must meet in person or by telephone in a good faith effort to resolve a discovery dispute. It is the responsibility of counsel for the moving party to arrange the conference. Unless altered by agreement of the parties or by order of the court for cause shown, counsel for the opposing party must meet with counsel for the moving party within 7 days of service upon counsel of a letter requesting such meeting and specifying the terms of the discovery order to be sought.

    (3) <u>Moving Papers</u>. If counsel are unable to resolve the dispute, the party seeking discovery must file and serve a notice of motion together with a written stipulation by the parties.

        (A) The stipulation must be contained in 1 document and must identify, separately and with particularity, each disputed issue that remains to be determined at the hearing and the contentions and points and authorities of each party as to each issue.

        (B) The stipulation must not simply refer the court to the document containing the discovery request forming the basis of the dispute. For example, if the sufficiency of an answer to an interrogatory is in issue, the stipulation must contain, verbatim, both the interrogatory and the allegedly insufficient answer, followed by each party's contentions, separately stated.

        (C) In the absence of such stipulation or a declaration of counsel of noncooperation by the opposing party, the court will not consider the discovery motion.

    (4) <u>Cooperation of Counsel; Sanctions</u>. The failure of any counsel either to cooperate in this procedure, to attend the meeting of counsel, or to provide the moving party the information necessary to prepare the stipulation required by this rule within 7 days of the meeting of counsel will result in the imposition of sanctions, including the sanctions authorized by FRBP 7037 and LBR 9011-3.

    (5) <u>Contempt</u>. LBR 9020-1 governing contempt proceedings applies to a discovery motion to compel a non-party to comply with a deposition subpoena for testimony and/or documents under FRBP 7030 and 7034.

**EXHIBIT 1**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF REQUIRED COMPLIANCE WITH FRBP 7026 AND LBR 7026-1  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 2, 2016  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On May 2, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 2, 2016 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery by ALSSI on May 3, 2016:**
The Honorable Thomas B. Donovan
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1352
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 2, 2016 | Vivian Servin | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      F 9013-3.1.PROOF.SERVICE

Case 2:16-ap-01201-TD    Doc 4    Filed 05/02/16    Entered 05/02/16 16:09:19    Desc
Main Document    Page 6 of 7

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Walter K Oetzell**   woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com

- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

Defendant, WALLIS ANNENBERG, an individual
10273 Century Woods Drive
Los Angeles, CA 90067

Defendant, LYNN BOOTH, an individual
10431 Bellagio Road
Los Angeles, CA 90077

Defendant, JAMES D. BOSWELL, an individual
1123 S. Orange Grove Blvd.
Pasadena, CA 91105

Defendant, DERALD E. BRACKMAN, an individual
1708 Marengo Avenue
South Pasadena, CA 91030

Defendant, TINA CARUSO, an individual
c/o Caruso Affiliated
101 The Grove Drive
Los Angeles, CA 90036

Defendant, STEPHEN CHANDLER, an individual
1592 Virginia Road
San Marino, CA 91108

Defendant, MALCOLM CUTLER, JR., an individual
1824 Pacific Avenue
Manhattan Beach, CA 90266

Defendant, David Z D'Argenio
511 Vaquero Road
Arcadia, CA 91007

Defendant, JOAN G. FLAX, an individual
55 N. Beverly Parkway
Beverly Hills, CA 90210

Defendant, TOMILEE TILLEY GILL, an individual
1430 Bryant Drive
East Long Beach, CA 90815

Defendant, STRAFFORD R. GRADY, an individual
3639 E. California Blvd
Pasadena, CA 91107

Defendant, ROBERT G. HAYMAN, an individual
6020 Bonsall Drive
Malibu, CA 90265

Defendant, JOHN W. HOUSE, an individual
880 S. Arroyo Blvd.
Pasadena, CA 91105

Defendant, DAVID H. KOCH, an individual
740 Park Avenue Apt 4/5B
New York, NY 10021

Defendant, WILLIAM LUXFORD, an individual
1849 Spruce Street
Pasadena, CA 91030

Defendant, CATHERINE MEYER, an individual
759 31st Street
Manhattan Beach, CA 90266

Defendant, PATRICIA MOLLER, an individual
2210 Century Hill
Los Angeles, CA 90067

Defendant, LAURENCE G. PREBLE, an individual
1318 Alpine Avenue
Boulder, CO 80304

Defendant, CARMEN PULIAFITO, an individual
1365 South Los Robles Avenue
Pasadena, CA 91106

Defendant, EDWARD P. ROSKI, an individual
10051 Valley Spring Lane
No. Hollywood, CA 91602

Defendant, CHARLOTTE SCHAMADAN, an individual
301 N Oakcliff Road
Monrovia, CA 91016

Defendant, FOREST G. SMITH, III, an individual
1800 Port Wheeler Place
Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

Defendant, JOHN THOMAS, an individual
1520 Virginia Avenue
Glendale, CA 91202

Defendant, JAMES S. TWERDAHL, an individual
214 S. McCadden Place
Los Angeles, CA 90004

Defendant, PETER WU, an individual
1045 Avondale Road
San Marino, CA 91108

Defendant, William B Witte
4516 Palm Drive
La Canada, CA 91011

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE